Argued April 23, affirmed April 23, petition for rehearing denied
May 30, petition for review denied July 3, 1973

## STATE OF OREGON, *Respondent, v.* WILLIAM EVAN McLAY (No. 1901-C), *Appellant.*

508 P2d 818

*H. Clifford Looney,* Vale, argued the cause for appellant. On the brief were Swan, Butler & Looney, Vale.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.